IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: February 19, 2014 |
| vs. | : | |
| | : | |
| RANDALL STEIN | : | Criminal No. 13-548 |
| 929 Rock Creek Road | | |
| Bryn Mawr, PA 19010 | | |

**TAKE NOTICE** that the above-entitled case has been set for **Sentencing Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on:

**Monday, March 10, 2014 at 3:00 p.m.** before
the Honorable **Legrome D. Davis**, in **Courtroom 6A, 6th floor**.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom. (Please notify the deputy clerk if the above address is not correct.)

Very truly yours,

Donna Croce

Courtroom Deputy to Judge Davis
267-299-7659

No INTERPRETER REQUIRED

☐ THIS PROCEEDING HAS BEEN RESCHEDULED FROM: 2/18/14

Notice to:
 Defendant
Todd Henry , Esq. Defense Counsel
A. Nicole Phillips, A.U.S.A.(via e-mail)
U.S. Marshal (via e-mail) & faxed
Probation Office (via e-mail)
Pretrial Services (via e-mail)
Larry Bowman (via e-mail)

Cr 4 (rev. 8/98)
cc: speedy trial