IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

v.                                         CRIMINAL NO. 13-548

RANDALL STEIN

FILED
MAR 1 2 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ORDER TO SURRENDER

AND NOW, this 10th day of March, 2014, the above-named defendant having been sentenced to the custody of the U.S. Bureau of Prisons,

It is ORDERED that the execution of prison sentence is suspended until Monday, April 28, 2014 at which time defendant is directed to report to the institution designated by the U.S. Bureau of Prisons no later than 2:00 P.M. to commence serving said sentence. If no designation has been made by April 28, 2014, the defendant is directed to report to the United States Marshal for the Eastern District of Pennsylvania.

BY THE COURT:

/s/ **Legrome D. Davis**

Legrome D. Davis, J.

ACKNOWLEDGEMENT

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____          _____
Attorney-Witness                         Defendant

Cr 28 (8/80)
surrendr.frm